UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ROBERT ORTIZ,

                         Plaintiff,

     -against-

THE CITY OF NEW YORK, POLICE
COMMISSIONER RAYMOND KELLY, DEPUTY
INSPECTOR JEFFREY MADDREY, POLICE
OFFICER JOHN DOE, POLICE OFFICER JANE
DOE

                         Defendants.
------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

07 CIV 7416 (PAC)

     PLEASE TAKE NOTICE that defendants City of New York, Raymond Kelly and Jeffrey Maddrey appear herein and that we are the attorneys for said defendants in this action, and demand that a copy of the complaint and all notices and other papers be served upon defendants at this office.

Dated: New York, New York
       October 24, 2007

                                            MICHAEL A. CARDOZO
                                            Corporation Counsel of the
                                              City of New York
                                            *Attorney for the Defendants*
                                            100 Church Street, 3-199
                                            New York, New York 10007
                                            (212) 788-1106

                                 By:     /s/ Caroline Chen
                                            CAROLINE CHEN (CC5289)
                                            Assistant Corporation Counsel

To:    Nicole Bellina, Esq. (by ECF and by fax)

Index No. 07 CIV 7416 (PAC)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT ORTIZ,

Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE COMMISSIONER RAYMOND KELLY, DEPUTY INSPECTOR JEFFREY MADDREY, POLICE OFFICER JOHN DOE, POLICE OFFICER JANE DOE

Defendants.

**NOTICE OF APPEARANCE**

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendants*
*100 Church Street*
*New York, New York 10007*

*Of Counsel: Caroline Chen*
*Tel: (212) 788-1106*
*NYCLIS No. 2007-027736*

*Due and timely service is hereby admitted.*

*New York, N.Y. ......................................, 200......*

*.................................................................... Esq.*

*Attorney for...........................................................*