# STOLL, GLICKMAN & BELLINA<sup>LLP</sup> ATTORNEYS AT LAW

71 Nevins Street
Brooklyn, NY 11217

P: (718) 852-3710
F: (718) 852-3586

www.stollglickman.com

```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____      │
│ DATE FILED: NOV 2 9 2007    │
└─────────────────────────────┘
```

*November 29, 2007*
**Application GRANTED**
**SO Ordered**

*/s/ Paul Crotty*
USDJ.

November 28, 2007

Honorable Judge Paul Crotty
United States District Court, SDNY
500 Pearl Street, Room 735
New York, NY 10007
BY FAX

Re: Robert Ortiz v. City of New York et al. 07CV7416(PAC)

Dear Honorable Judge Crotty-

As we discussed at the initial conference today, I write to confirm permission to amend the complaint in the above captioned case. I seek to add Police Officer Danielle Goldberg and Police Officer Martin Gimenez. Opposing counsel, Assistant Corporation Counsel Chen, consents to this request.

Thank you for your consideration.

Sincerely Yours,

*/s/ Nicole Bellina*
Nicole Bellina
718 852 4491

cc: ACC Caroline Chen (BY EMAIL)

**MEMO ENDORSED**