UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
ROBERT ORTIZ

              Plaintiff,

  -against-

THE CITY OF NEW YORK, et al.,

             Defendants.
------------------------------------------------------X

**TRANSFER ORDER**
07 Civ. 7416 (PAC)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 0 5 2007

    HONORABLE PAUL A. CROTTY, United States District Judge:

    In reviewing the Complaint filed in this matter, the Court notes that plaintiff Robert Ortiz asserts that he is a resident of Brooklyn, New York; the incident complained of occurred in Brooklyn, and that the various named and unnamed individual defendants are police officers of the defendant City of New York assigned to a 73rd Precinct in Brooklyn, New York. All events giving rise to the underlying action occurred in connection with alleged injuries Robert Ortiz suffered as a result of alleged assault(s) by defendants in the Eastern District of New York. It therefore appears that all or most of the material events, documents, persons, and potential witnesses related to this action are located in the Eastern District of New York. Accordingly, it is hereby

    ORDERED that in the interest of justice, the maximum convenience to the parties and witnesses, and of the efficient management of this Court's docket, the Clerk of Court is directed to transfer this case to the Eastern District of New York pursuant to 28 U.S.C. § 1404(a).

Dated: New York, New York
       December 5, 2007

                              SO ORDERED

                              _____
                              PAUL A. CROTTY
                              United States District Judge